| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

PRESIDENTIAL CANDIDATE NUMBER P60005535 a/k/a RONALD SATISH EMRIT, §

§
§
§

Plaintiff, §

§

versus §    CIVIL ACTION NO. 1:25-CV-00504-
§    MAC-CLS

ERIN BURNETT, JASON CARROLL, ANDREW KACZYNSKI, MANU RAJU, DR. SANJAY GUPTA, JAKE TAPPER, LAWRENCE O'DONNELL, BMW CARS of NORTH AMERICA, BARRY LEVINE, and NANCY MACE, §

§
§
§
§
§
§
§
§

Defendants. §

§

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On December 8, 2025, Judge Stetson issued a Report and Recommendation (#4) advising dismissal of this case pursuant to § 1915(e)(2)(B)(i). The next day, Plaintiff filed an interlocutory appeal (#5), which the appellate court dismissed on April 9, 2026, after Plaintiff failed to file a brief. *See* (#6). Since then, Plaintiff has not objected to the Report and Recommendation.[1] Accordingly, the court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along

---

[1] Plaintiff's interlocutory appeal does not mention the Report and Recommendation and thus cannot be construed as objections to it.

with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Thus, the Report and Recommendation (#4) is **ADOPTED**.  Plaintiff's claims are hereby **DISMISSED** without prejudice, and Plaintiff is hereby **WARNED** that further frivolous filings in the Eastern District of Texas will lead the court to consider entry of a pre-filing injunction. The clerk of court is directed to **CLOSE** this case.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 1st day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE